

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00088-CV

---

Texas Tech University Health Science Center–El Paso, Appellant

v.

Philip E. Mohrman, Individually and as
Representative of the Estate of Robert K. Borst, Appellee

---

On Appeal from the 34th District Court
El Paso County, Texas
Trial Court No. 2019DCV4614

---

### JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the trial court's order denying Texas Tech University Health Science Center's plea to the jurisdiction and motion to dismiss and remand this case for further proceedings. This decision shall be certified below for observance.

IT IS SO ORDERED this 22nd day of December 2025.


LISA J. SOTO, Justice

Before Salas Mendoza C.J., Palafox and Soto, JJ.